UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

| | |
|---|---|
| Christine McDonald and William McDonald, | Case No. 05-173 PAM/JJG |
| Plaintiffs, | |
| vs. | |
| | **ORDER** |
| Donald Lewis (D. Lewis), badge #232 in his individual capacity and as a St. Louis Park Police Officer, Kurt Bahr and Dmitri Ikonitski individually and in their capacity as St. Louis Park Police Officers, Officers Tom Doe I-IV inclusive, and the City of St. Louis Park, | |
| Defendants. | |

---

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action against Officers Donald Lewis, Kurt Bahr and Dmitri Ikonitski, in both their individual and official capacities as St. Louis Park Officers, and the City of St. Louis Park be, and the same hereby are, dismissed with prejudice and on the merits and without costs, attorney's fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this   19th   day of   September , 2006.

BY THE COURT:

s/Paul A. Magnuson
United States District Court Judge
Paul A. Magnuson